JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304
Reorganization Counsel for
Debtors-In-Possession

**FILED & ENTERED**

**FEB 04 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reidr    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SPN INVESTMENTS, INC.,<br><br>Chapter 11 Debtors and Debtors-in-possession | Bankruptcy Case No. 8:19-bk-10893-ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE.**<br><br>**Date:** January 30, 2020<br>**Time:** 10:30 a.m.<br>**Place:** Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

    The motion of SPN Investments, a California corporation, the debtor and debtor in possession (the "Debtor"), for dismissal of its Chapter 11 case (the "Motion") came regularly for hearing on January 30, 2020, at 10:30 a.m., in Courtroom 5A, of the United States Bankruptcy Court for the Central District of California, Santa Ana, California, the Honorable Erithe A. Smith, United States Bankruptcy Judge presiding.  The Court having considered the Motion, no opposition to the Motion having been filed, notice having been proper and good cause appearing, hereby Orders as follows.

    1. The Motion is granted.

    2. The Debtor is authorized to use cash-collateral on hand to pay any remaining quarterly fees owed to the Office of the United States Trustee and to turn-over the remaining cash-collateral to WELLS FARGO NATIONAL ASSOCIATION.

///

3.  The Chapter 11 case captioned above is hereby dismissed.

**IT IS SO ORDERED**.

###

Date: February 4, 2020

Erithe Smith
United States Bankruptcy Judge